# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL MACIAS CORNEJO, as an individual and doing business as "Isabella's Casa Blanca Bar and Grill", ROSA VILMA FAJARDO, as an individual and doing business as "Isabella's Casa Blanca Bar and Grill", and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 1:18-cv-1736-LJO-SKO<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 8) |

On May 1, 2019, Plaintiff filed a "Notice of Dismissal With Prejudice," in which Plaintiff notifies the Court of the dismissal of the entire action with prejudice. (Doc. 8.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:  **May 2, 2019**                     /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE